UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA BROOKE,

        Plaintiff,

   v.

FOUR ONE FIVE LLC,

        Defendant.

Case No. 19-cv-07629-JSC

**ORDER TO SHOW CAUSE**

     Defendant's motion to dismiss is pending before the undersigned and oral argument on the motion is scheduled for February 6, 2020. (Dkt. No. 10.) Plaintiff's opposition to the motion was due on January 3, 2020. Plaintiff has not filed her opposition or requested an extension, or otherwise appeared in this action since filing her complaint on November 19, 2019. Accordingly, on or before January 22, 2020, Plaintiff shall file an opposition to Defendant's motion or a notice of non-opposition. Plaintiff is warned that failure to comply with this Order may result in dismissal of the action for a failure to prosecute pursuant to Federal Rule of Civil Procedure 41. The hearing on Defendant's motion to dismiss is vacated.

     **IT IS SO ORDERED.**

Dated: January 15, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge